August 31, 2006

Mr. Michael S. Hull
Hull Hendricks & MacRae, L. L. P.
221 West Sixth Street, Suite 2000
Austin, TX 78701
Ms. Cynthia T. Sheppard
Post Office Box 67
Cuero, TX 77954

RE: Case Number: 05-0521
 Court of Appeals Number: 13-03-00481-CV
 Trial Court Number: 99-CV-300

Style: BLUE CROSS BLUE SHIELD OF TEXAS AND HEALTH CARE SERVICE
 CORPORATION, A MUTUAL LEGAL RESERVE COMPANY
 v.
 XAVIER DUENEZ AND WIFE, IRENE DUENEZ, INDIVIDUALLY AND AS NEXT
 FRIENDS OF ASHLEY DUENEZ, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court vacates the court of appeals'
judgment and dismisses the case for want of jurisdiction.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Anita Fricke |
| |Mr. Jefferson (Jim) |
| |E. Boyt |